UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS LOCAL 7 ZONE 1
PENSION FUND, ET AL.,
        Plaintiffs,

                                                No. 1:10-cv-847

-v-

                                                HONORABLE PAUL L. MALONEY

ROOFCON, INC.,
        Defendant.

## ORDER TO SHOW CAUSE

On September 9, 2010, Plaintiffs filed a document entitled "Motion and Order for Dismissal." (ECF No. 2.) Plaintiffs sought to dismiss the action with prejudice. Because the motion did not comply with Local Rule 7.1(d), on September 13, 2010, the court issued an order holding the motion in abeyance and directing Plaintiffs to rectify the submission. (ECF No. 3.) To date, no corrective action has been taken.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why Plaintiffs' motion should not be dismissed without prejudice. Plaintiffs shall file an answer explaining their failure to comply with this court's earlier directive. In lieu of an answer to this order to show cause, Plaintiffs may file either an appropriate stipulation to dismiss or an appropriate notice of dismissal under rule 41 of the Federal Rules of Civil Procedure. Plaintiffs shall reply no later than Monday, November 1, 2010. **IT IS SO ORDERED.**


Date:  October 18, 2010                                /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge